**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 17 CR 00040-3 |
| v. ) | |
| ) | Judge John J. Tharp, Jr. |
| MARDI LANE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

T: 2:00

Jury trial held and concluded. Jury returns verdict of guilty. Jury also finds Additional Allegations 1, 2, 5, 6, 7, 8, 9, and 10 "Proven" and Additional Allegations 3 and 4 "Not Proven." The Court enters judgment of guilty on Count One of the Superseding Indictment. It appearing that the fourteen-day period for filing post-trial motions under Fed. R. Crim. P. 29 and 33 may be extended pursuant to Fed. R. Crim. P. 45(b)(1)(A), the Court reconsiders and grants Defendant's oral motion for extension of time to file post-trial motions pursuant to Rules 29 and 33. The time for filing such motions is extended by 28 days and they may be filed on or before June 9, 2023; responses due July 14, 2023; replies due August 8, 2023. Order cause referred to the Probation Department for preparation of a presentence investigation report ("PSR"). Local Criminal Rule 32.1 applies, unless inconsistent with the dates and procedures set forth in this Order and Statement. The government's Version of the Offense shall be submitted to the Probation Office by May 12, 2023. Defendant's Version of the Offense, if any, shall be submitted by May 19, 2023. If the government takes the position that restitution is owed, it shall, pursuant to 18 U.S.C. § 3664(d)(1), provide the Probation Department with a list of all identified victims no later than July 12, 2023. The Probation Office is directed to provide its sentencing recommendations, including its recommended conditions of supervised release and supporting rationale, to the parties' counsel at the same time they are provided to the Court. The parties are required to submit Sentencing Memoranda to the Court at least 14 days before the sentencing hearing. Required content for the Sentencing Memoranda is set forth in the Statement portion of this Order, below. Any motion for entry of a forfeiture order shall be filed contemporaneously with the Government's Sentencing Memorandum. Responses and objections to each party's Sentencing Memorandum (or to any forfeiture motion) are due 7 days before sentencing. Failure to note objections to the content of the PSR or to the opposing party's Sentencing Memorandum may result in waiver of such objections. An in-person sentencing hearing is set on October 6, 2023, at 2:00 p.m.

**STATEMENT**

Pursuant to 18 U.S.C. § 3664(d)(1), the government must provide a list of victims and the restitution owed to them 60 days prior to sentencing. This list must be provided by means of the

1

electronic standardized spreadsheet available on the Court's website, and must include full current contact information and the amounts of restitution owed by each defendant to each victim. If the Government is not able to provide the full victim list 60 days prior to sentencing, it shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

Each party is required to submit a Sentencing Memorandum in accordance with the schedule set forth above. Each party's Sentencing Memorandum shall include (without limitation of other content a party may wish to include) the following information:

- Any objections to the facts (whether concerning the offense or otherwise) set forth in the PSR;

- Any objections to the calculation of the applicable sentencing guidelines range set forth in the PSR and the party's own calculation of the applicable guideline range;

- Any objections to any conditions of probation or supervised release recommended by the Probation Department;

- Any evidentiary materials that the party seeks to have the Court consider in connection with sentencing (any such materials will become matters of public record, absent specific request for redaction, in camera consideration, or other means of confidential presentation); and

- A statement of the sentence recommended by the party, with supporting discussion of the relevant statutory factors that support imposition of that recommended sentence. This statement must include (again, without limitation of other content):

  o Discussion of why the applicable guideline range is, or is not, sufficient but not greater than necessary to promote the sentencing objectives set forth in 18 U.S.C. § 3553(b); and

  o An enumeration of any conditions of probation and supervised release, beyond those recommended by the Probation Department, that the party seeks to have imposed at sentencing, including supporting rationale.

Dated: April 28, 2023

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge