# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:17−cr−00040

                                          Honorable John J. Tharp Jr.

Martez Easter, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

       MINUTE entry before the Honorable John J. Tharp, Jr. as to Mardi Lane: On the request of defendant's counsel, the due date for post−trial motions is further extended to 8/11/23. Responses due 9/22/23. Replies due 10/20/23. In−person sentencing hearing is reset to 12/8/23 at 10:00 a.m. Mr. Lane is required to appear.Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.